UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:19 CR 381 |
| Plaintiff | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND |
| JUAN CARLOS MENDEZ DE LA PAZ, | ) ) | REFERRAL TO U.S. PROBATION OFFICE |
| Defendant | ) | |

  This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr., regarding the change of plea hearing of Juan Carlos Mendez De La Paz, which was referred to the Magistrate Judge with the consent of the parties.

  On June 19, 2019, the government filed a one count Indictment, charging Defendant Mendez De La Paz with Illegal Reentry, in violation of Title 8 U.S.C. § 1326. Defendant was arraigned on June 28, 2019, and entered a plea of not guilty to Count 1 of the Indictment, before Magistrate Judge Ruiz. On July 16, 2019, Magistrate Judge Baughman, received Defendant Mendez De La Paz's plea of guilty to Count 1 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

  Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

  On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Mendez De La Paz is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently,

and voluntarily. The plea agreement is approved.

Therefore, Defendant Mendez De La Paz is adjudged guilty to Count 1 of the Indictment, in violation of Title 8 U.S.C. § 1326, Illegal Reentry. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Expedited sentencing will take place on September 6, 2019, at 10:30 a.m. in Courtroom 17A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

August 8, 2019